

PROB 12B
ED/AR (8/2002)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL - 6 2007

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## United States District Court
### for the
### Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Cody Dean Duncan | Case Number: 4:07CR00017-JMM |

Name of Sentencing Judicial Officer:   Honorable William C. Turnoff, U.S. Magistrate Judge
Southern District of Florida
November 19, 2006: Jurisdiction accepted in the Eastern District of Arkansas by Honorable James M. Moody U.S. District Judge

Offense: Possession of controlled substance
Driving on a suspended license

Date of Sentence: May 8, 2006

Sentence: 12 months probation, drug testing, substance abuse treatment, $800 fine, $25 court fee and $20 special penalty assessment

April 23, 2007: Conditions modified to extend term of probation four months, with a termination date of September 7, 2007. Additionally, he will reside at and participate in a residential re-entry center up to four months at the direction of the probation office. While in the residential re-entry center he will participate in the in-house life skills program.

| Type of Supervision: Probation | Date Supervision Commenced: May 8, 2006 |
|---|---|
| | Expiration Date: May 7, 2007 |
| Asst. U.S. Attorney: Jana Harris | Defense Attorney: Jerome Kearney |

U.S. Probation Officer: Dwayne M. Ricks
Phone No.: 501-604-5273

---

### PETITIONING THE COURT

The defendant must participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

### CAUSE

On June 7, 2007, during a meeting with Mr. Duncan and his counselor at City of Faith half-way house, Mr. Duncan asked if a mental health evaluation could be scheduled for him. On June 12, 2007, Mr. Duncan signed the attached Prob 49 waiving his right to a hearing and agreed to the above-noted

Prob 12B                                -2-                         Request for Modifying the
                                                                    Conditions or Terms of Supervision
                                                                    with Consent of the Offender

Name of Offender: Cody Dean Duncan                                  4:07CR00017-JMM

modification. On June 19, 2007, Assistant Federal Public Defender Jerome Kearney, had no objections and agreed to the modification.

_____              _____
Dwayne M. Ricks                              Jana Harris
U.S. Probation Officer                       Assistant U.S. Attorney

Date: 6/25/07                                Date: 6/26/2007

DMR/jkr
This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

7/6/07

Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

c: Assistant Federal Public Defender, Jerome Kearney, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
   Assistant U.S. Attorney, Jana Harris, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant must participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

Witness: _____  Signed: _____
U.S. Probation Officer                         Probationer or Supervised Releasee

_____
DATE

This replaces Prob 49 signed on 6/12/07.
D. Ricks